This case was scheduled for hearing by Deputy Commissioner Morgan S. Chapman in Wilmington, North Carolina on September 22, 1994.
When the case was called for hearing, plaintiff was not present nor was he represented by counsel. Defendant, who was present and ready to proceed, moved for dismissal. The same was allowed by Deputy Commissioner Chapman.
Plaintiff appealed from the Order of Dismissal and the same came on for hearing before the Full Commission on March 2, 1995.
The case was called for hearing on March 2, 1995 and the plaintiff was neither present nor represented by counsel. Plaintiff filed neither a Form T44 nor a brief. However, plaintiff did file with the Industrial Commission several documents which purport to set forth his assignments of error. The Full Commission has reviewed these documents and the record in this file.
Plaintiff has not raised good ground to amend the Order as filed. Therefore, IT IS HEREBY ORDERED that the September 28, 1994 Order is AFFIRMED, and plaintiff's claim is DISMISSED WITH PREJUDICE.
This the _____ day of __________________________, 1995.
FOR THE FULL COMMISSION
 S/ ______________________________ JAMES J. BOOKER COMMISSIONER
CONCURRING: S/ _______________________________ BERNADINE S. BALLANCE COMMISSIONER
S/ ________________________________ NEILL FULEIHAN DEPUTY COMMISSIONER
JJB:mj 3/8/95